IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30027
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARSENIO MARIN PINEDA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-2681-A
- - - - - - - - - -
August 12, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Arsenio Marin Pineda has appealed from the denial of his motion to vacate, 28 U.S.C. § 2255. There is no merit to his contention of double jeopardy based on forfeiture of property to the Government. See United States v. Ursery, ___ U.S. ___ (June 24, 1996), 1996 WL 340815.

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.